**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v    Case No.8:13-MJ-1812MAP

CYNTHIA MARIE JOHNSON
_____/

## APPEARANCE BOND

   PERSONAL SURETY: I, the undersigned acknowledge that I am bound to pay to the United States of America the sum of $25,000.00 UNSECURED.

   The conditions of this bond are that the Defendant, CYNTHIA MARIE JOHNSON, appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the Defendant's appearance in this case, including appearance for violation of a condition of Defendant's release as may be ordered or notified by this court or any other United States District Court to which the Defendant may be held to answer of the cause transferred. The Defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

   It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

   If the Defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the Defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

   This bond is signed on December 4, 2013 at Tampa, Florida.

Defendant: _Cynthia Johnson_

Address: 2407 Devonwoode Place, Seffner, Florida 33583

Telephone (813) 445-2786

Signed and acknowledged before me on December 4, 2013.

_____
Deputy U.S. Marshal

Approved: _____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

FILED 2013 DEC -5 PM 1:41 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA