# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:13-MJ-1812MAP

CYNTHIA MARIE JOHNSON
_____/

## ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are established as set forth below.

2. That upon the Defendant's agreement, in writing, to comply with the following

conditions of release, the United States Marshal's Service is directed to release the above-

named Defendant.

DONE AND ORDERED at Tampa, Florida, on December 4, 2013.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE
## FOR DEFENDANT, CYNTHIA MARIE JOHNSON

1. You must appear before the Court in accordance with all notices.

2. Your travel is enlarged to the Middle District of Florida and the District of North Dakota (Southeastern Division) for court purposes and consultation with your attorney while your case is pending.

3. You must not change your present address without first advising the Clerk of the Court for the Middle District of Florida in writing.

4. You shall not commit a federal, state, or local crime during the period of your release. You shall inform the Pretrial Service Office **immediately** if arrested or otherwise

1

charged with any offense. You are specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors, and officers of the court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims, or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim, or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing crimes.

5. **SPECIAL CONDITIONS OF YOUR RELEASE (Only those applicable to you are checked.)**

> X_    Report on a regular basis to Pretrial Services as directed by that agency.

> X_    Submit to urinalysis or drug testing and/or treatment if requested and as requested by Pretrial Services.

> X_    Refrain from possession or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substance Act (21 U.S.C. § 802) without a prescription from a licensed medical practitioner.

**6. A violation of any of the above conditions may result in the immediate issuance of a warrant for your arrest and may result in a forfeiture of the bond previously given. Further, upon re-arrest, you may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established. Moreover, if you violate your conditions of release you may be prosecuted for contempt of Court.**

**7. CONSEQUENCES OF FAILURE TO APPEAR AND/OR FAILURE TO SURRENDER FOR SERVICE OF SENTENCE:** A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions, he or she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

> (a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

> (b)    an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for

2

failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c)     any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both; or

(d)     a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

Because of the charge(s) lodged against you at the present time, the penalties that would apply to you for failure to appear are those found in subparagraph (a). Any term of imprisonment for failure to appear is required by law to be *consecutive* to the sentence of imprisonment for any other offense. Furthermore, federal law provides that if you commit an offense while you are released under these conditions of release, you would be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year if the offense is a misdemeanor.

## ACKNOWLEDGMENT

I acknowledge that I have read the above or that the above has been read to me, that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions, and I agree to comply with the conditions of my release. I further acknowledge that I have been given a copy of this instrument as well as a copy of the bail bond to which it is attached.

_____                    _____
DEFENDANT                                               WITNESS

Dated: December 4, 2013

## IMPORTANT INFORMATION

1.      The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

3

2.      The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, is: (813) 301-5423 and 801 North Florida Avenue, 2ND Floor, United States Courthouse, Tampa, Florida 33602.

3.      The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: (813) 274-6401.

4.      The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: (813) 274-6000; 400 North Tampa Street, Tampa, Florida 33602.

5.      The commercial telephone number of the United States Pretrial Services Agency, is (813) 225-7648, and the toll-free number is (800) 782-2893.

6.      <u>NOTICE TO COUNSEL AND DEFENDANT</u>:  In cases assigned to United States Magistrate Judge Mark A. Pizzo, any requests to travel outside the area set forth in this document must be submitted **at least three (3) days prior to the date upon which travel is expected to begin.**  Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.